# STATE OF MICHIGAN

# COURT OF APPEALS

---

MATTHEW DYE, by his Guardian, SIPORIN & ASSOCIATES, INC.,

Plaintiff-Appellee,

v

ESURANCE PROPERTY & CASUALTY INSURANCE COMPANY and PRIORITY HEALTH,

Defendants/Cross-Plaintiffs/Appellees,

and

GEICO INDEMNITY COMPANY,

Defendant/Cross-Defendant/Appellant,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,

Defendant-Appellee.

UNPUBLISHED
April 4, 2017

No. 330308
Washtenaw Circuit Court
LC No. 14-000516-NF

---

Before: BECKERING, P.J., and O'CONNELL and BORRELLO, JJ.

O'CONNELL, J. (*concurring in part and dissenting in part*).

For the reasons stated by the majority, I concur with the majority opinion that Paul Dye is not a "registrant" of the vehicle for purposes of MCL 500.3101(1). I also concur with the majority opinion that the trial court erred in granting Esurance's motion for summary disposition on its cross-claim for enforcement of the alleged settlement agreement. I respectfully dissent as to the majority's conclusion that Paul Dye may qualify as an owner of this vehicle. Based upon these set of facts, Matthew Dye is both the registrant and owner of this vehicle.

I would reverse and remand for further proceedings.

/s/ Peter D. O'Connell